UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY TRAMMELL, Individually and for Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>ADITI CONSULTING LLC,<br><br>            Defendant. | CASE NO. 2:25-cv-00243-RSL<br><br>ORDER GRANTING IN PART JOINT MOTION TO APPROVE SETTLEMENT |

This matter comes before the Court on the parties' "Amended Joint Motion to Approve Settlement." Dkt. 19. Plaintiff Jeremy Trammell brought this collective action under the Fair Labor Standards Act ("FLSA") on behalf of himself and other nonexempt employees of defendant Aditi Consulting LLC who were paid the same hourly rate for all hours worked, including hours worked in excess of 40 hours in a workweek. The parties' previous request for approval of their settlement was denied because (1) they did not identify a bona fide dispute regarding Aditi's liability and the employees' right to compensation under the FLSA, (2) they failed to address liquidated damages in the settlement agreement or the Joint Motion, and (3) the negotiated releases appeared to be an impermissible forfeiture of claims and rights that were not at issue in this litigation. Dkt. 16. The parties subsequently renegotiated the terms of the releases and have provided evidence that the settlement amount at issue in their joint motion is related entirely to

ORDER GRANTING IN PART JOINT MOTION TO
APPROVE SETTLEMENT - 1

liquidated damages, Aditi having already paid all overtime premium amounts due the members of the proposed collective.

 Having considered the papers submitted and the remaining record, the Court finds as follows:

 1. This Order is entered after having reviewed the version of the settlement agreement that was signed in parts on December 11th and 12th, 2025, and filed with the Court at Dkt. 19-2 (hereinafter, "the Settlement and Release Agreement") and is based upon that document. Unless otherwise defined herein, all capitalized terms used in this Order shall have the same meaning as set forth in the Settlement and Release Agreement.

 2. The Court certifies an FLSA collective, for settlement purposes only, of the following Settlement Class: All non-exempt Aditi employees who were paid the same hourly rate for all hours worked in excess of 40 (straight time for overtime) at any time from February 6, 2022, through August 29, 2025.

 3. The Court finds that the Settlement and Release Agreement resolves a *bona fide* dispute regarding the amount of liquidated damages, is fair and reasonable, and is in the best interests of the Parties and the Settlement Class. Likewise, the determination of the individual payments as set forth in the Settlement and Release Agreement is approved as a fair, equitable, and reasonable allocation of the maximum gross settlement amount. Accordingly, the Settlement and Release Agreement, which provides for a maximum gross settlement amount of $295,000, is hereby APPROVED in accordance with the FLSA and shall be administered in accordance with the terms of the agreement.

 4. The Court finds the releases set forth at Dkt. 19-2 at ¶¶ 8-9 to be fair and reasonable and are hereby APPROVED.

ORDER GRANTING IN PART JOINT MOTION TO
APPROVE SETTLEMENT - 2

     5. The Court finds the attorney's fees of $97,350.00[1] and the reimbursement of litigation expenses in the amount of an additional $5,000, to be fair and reasonable and are hereby APPROVED.

     6. The Court finds the Service Award for plaintiff Trammel of $5,000 to be fair and reasonable and is hereby APPROVED.

     7. The Court finds the Settlement Administration costs of $7,500 to be reasonable and are hereby APPROVED.

     8. The Court finds the attached Notice and Claim Form[2] to be fair and reasonable and its use is hereby APPROVED.

     9. The parties agreed to settle this dispute and administer the Settlement and Release Agreement in a manner that gives all Settlement Class members the choice about whether to participate in the settlement and release their claims in exchange for a settlement payment.

     10. This civil action is DISMISSED with prejudice.

     Dated this 22nd day of December, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

---

[1] The number specified in the Joint Motion and the number specified in the proposed order granting the Joint Motion differ. The Court has adopted the number requested in and supported by the Joint Motion.

[2] The Notice and Claim Form submitted by the parties (Dkt. 19-3) has been modified to reflect the new evidence regarding the payment of all overtime wages due and owing, to clarify the nature of the claims being settled in exchange for the maximum gross settlement amount of $295,000, and to correct the description of the releases.

ORDER GRANTING IN PART JOINT MOTION TO
APPROVE SETTLEMENT - 3